UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGGORY ALAN OLSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>            Defendants. | No. C13-00987RSL<br><br>ORDER REMANDING FOR<br>FURTHER ADMINISTRATIVE<br>PROCEEDINGS |

The Court, having reviewed plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, defendant's objections thereto, and the remaining record, finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings consistent with the Report and Recommendation; and

(3) The Clerk of Court shall send a copy of this Order to all counsel of record and to Judge Theiler.

ORDER REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS

1         Dated this 4th day of June, 2014.

2

3

4                         /s/ Robert S. Lasnik

5                         Robert S. Lasnik
                         United States District Judge

ORDER REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS      -2-