01

02

03

04

05

06

07 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
08 AT SEATTLE

09 GREGGORY ALAN OLSON, )
) CASE NO. C13-0987-RSL
10     Plaintiff, )
)
11     v. ) ORDER GRANTING PLAINTIFF'S
) MOTION FOR AWARD OF
12 CAROLYN W. COLVIN, Acting ) ATTORNEY'S FEES AND
Commissioner of Social Security, ) DEFENDANT'S MOTION FOR
13 ) EXTENSION OF TIME
    Defendant. )
14 _____ )

15     The Court has reviewed plaintiff's attorney's fees motions (Dkts. 26 and 29),

16 defendant's motion for extension of time (Dkt. 30), the Report and Recommendation of United

17 States Magistrate Judge Mary Alice Theiler, and the balance of the record. It is therefore

18 ORDERED:

19     (1)    The Court adopts the Report and Recommendation;

20     (2)    Plaintiff's amended motion for attorney's fees (Dkt. 29) is GRANTED, and

21 plaintiff is awarded attorney's fees in the amount of $7,328.40;

22     (3)    Plaintiff's motion for attorney's fees (Dkt. 26) is DENIED as moot;

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEY'S FEES
PAGE -1

(4)   Defendant's motion for extension of time (Dkt. 30) is GRANTED; and

(5)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 6th day of November, 2014.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR AWARD OF ATTORNEY'S FEES
PAGE -2